UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

----------------------------------------------------------------- X

IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION

: 3:09-md-02100-DRH-CJP

: MDL No. 2100

-----------------------------------------------------------

**This Document Relates to:**

JANA SMITH,
    Plaintiff
  vs.

BAYER HEALTHCARE PHARMACEUTICALS et al
    Defendants

: Judge David R. Herndon

: Civil Action No.: 3:10-cv-10391-DRH-PMF

: **ORDER**

----------------------------------------------------------------- X

This matter is before the Court on Plaintiff's motion for leave to file her first amended complaint pursuant to Federal Rule of Civil Procedure 15(c) (Doc. 9) for the purpose of adding Barr Laboratories, Inc. and Teva Pharmaceuticals USA, Inc., the entities that purportedly produced and distributed Ocella (generic Yasmin). Defendants have not responded to Plaintiff's motion for leave to amend.

Upon consideration of Plaintiff's motion, the Court finds as follows:

Plaintiff's Motion to file First Amended Complaint (Doc. 9) is

**GRANTED**. Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter.**

      **SO ORDERED:**

/s/      David R Herndon

Chief Judge
United States District Court      DATE: July 19, 2010